IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| Securities and Exchange Commission | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO.   1:20cv853 |
|  | ) | |
| Daniel K. Boice, et al | ) | |
| Defendant | ) | |

# ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of Nicholas Margida, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of defendants Daniel K. Boice, Trustify, Inc. and GoLean DC, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


BY:   /s/
Dana Van Metre
DEPUTY CLERK

DATED:  11/06/2020