Date: 02/05/2021                          Judge: JOHN F. ANDERSON
                                          Reporter: FTR

Start: 10:00am
Finish: 10:04am

Civil Action Number: 1:20-cv-853-TSE-JFA

Securities and Exchange Commission

vs.

Daniel K. Boice et al.

Appearance of Counsel via Telephone for Pltf (X)

(X) Matter is uncontested

Motion to/for:

[28] PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION
FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTIONS AGAINST DEFENDANTS
DANIEL J. BOICE AND TRUSTIFY, INC., AND FOR DEFAULT JUDGMENT AGAINST
RELIEF DEFENDANT GOLEAN DC, LLC

Argued &
(  ) Granted   (  ) Denied   (  ) Granted in part/Denied in part
(  ) Taken Under Advisement   (  ) Continued to _____

_____
_____
_____
_____
_____
_____

(X) Report and Recommendation to Follow
(  ) Order(s) to Follow